## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CARLA'S PASTA, INC., *et al.*, | : | Case No. 21-20111-JJT |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | RE: ECF No. 122 |

### ORDER AUTHORIZING THE DEBTORS (I) TO EMPLOY
### AND RETAIN LOCKE LORD LLP AS THEIR ATTORNEYS
### PURSUANT TO 11 U.S.C. § 327(a), AND (II) GRANTING RELATED RELIEF

Upon consideration of the *Debtors' Application for Entry of an Order Authorizing the Debtors (I) To Employ and Retain Locke Lord LLP as their Attorneys Pursuant to 11 U.S.C. § 327(a), and (II) Granting Related Relief* (the "Application")[2] and the Walker Declaration and any response(s) to the Application; and due and proper notice of the Application having been given; and it appearing that no other or further notice of the Application is required; and the Court having jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the relief requested in the Application and provided for herein being in the best interest of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor, and due and proper notice of the Application having been provided to the Notice Parties; and it appearing that no other or further notice need be provided; and the Court having held one or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Carla's Pasta, Inc. (5847) and Suri Realty, LLC (5847). The Debtors' corporate headquarters and service address is 50 Talbot Lane, South Windsor, Connecticut 06074.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Application.

more hearings to consider the relief requested in the Application and all of the proceedings had before this Court; and all objections to the Application having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Application and the Walker Declaration establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

1.     The Application is GRANTED as provided herein.

2.     Pursuant to sections 327(a), 328, and 1107(b) of the Bankruptcy Code, the Debtors are hereby authorized to retain Locke Lord as their attorneys in the Chapter 11 Cases, and Locke Lord is authorized to perform any and all legal services for the Debtors that are necessary and appropriate in connection with these Chapter 11 Cases, including those services described in the Application and the Walker Declaration.

3.     Locke Lord shall be compensated in accordance with orders of this Court, and will file interim and final fee applications for allowance of its compensation and reasonable and necessary expenses and shall be subject to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and such other procedures as may be fixed by order of this Court, to the extent such compensation and expenses are to be paid from the Debtors' estates.

4.     Locke Lord shall provide written notice to the Debtors and the United States Trustee prior to any increases in any of Locke Lord's rates for any individual utilized by Locke Lord.

91290455v.7

5.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated at Hartford, Connecticut this 17th day of March, 2021.

*James J. Tancredi*
*United States Bankruptcy Judge*
*District of Connecticut*

3

91290455v.7