# EXHIBIT B

## AGREEMENT REGARDING REAL PROPERTY TAX ASSESSMENT

This Agreement is entered into this 23 ~~3~~ day of ~~September~~ October, 2019, by and between the **TOWN OF SOUTH WINDSOR**, a municipal corporation and body political having its corporate limits located within the County of Hartford and State of Connecticut, with offices located at 1540 Sullivan Avenue, South Windsor, Connecticut 06704 (hereinafter the "Town"), and **Suri Realty LLC, dba Carla's Pasta Inc.**, a Connecticut Limited Liability Company, with offices located at 50 Talbot Lane, South Windsor, CT 06074 (hereinafter "Suri Realty"), to fix real property taxes that would be due on the real property and improvements thereon for a limited period of time as described below.

### WITNESSETH:

**WHEREAS,** Suri Realty is the owner of the property located at 50 Talbot Lane, South Windsor, Connecticut (the "Real Property"); and

**WHEREAS,** Suri Realty intends to make improvements to the land and existing structures on the Real Property, including the new construction of a 156,322 square foot addition to the current Facility, which will be located on the Real Property; and

**WHEREAS,** the estimated costs to be incurred by Suri Realty for the improvements at the Real Property is $23,448,300; and

**WHEREAS,** as the Town, acting by and through its duly authorized Tax Assessor, will assess and value the Real Property and personal property on the Grand List of October 1, 2019; and

**WHEREAS,** the Town will value all of the property at its true and actual value; and

**WHEREAS,** in the course of occupying, developing and utilizing the Real Property, Suri Realty will add significant and substantial improvements to the Real Property, and will install and/or add taxable personal property assets, such as office and business equipment; and

**WHEREAS,** the current staffing is 156 full time employees at the South Windsor location and approximately 20 jobs on contracted night shift for an annual payroll of approximately $7,500,000; and

**WHEREAS,** the Town wishes to assist Suri Realty to develop and operate the Facility and to use its best efforts to create approximately 60 to 100 new jobs at the newly constructed Facility; and

**WHEREAS,** the Town wishes to assist Suri Realty to expand its operations in South Windsor and to add combined real property and personal property value to the Town's tax base; and

**WHEREAS,** in consideration of the above, the Town is willing to provide tax relief to Suri Realty pursuant to Section 12-65b of Connecticut General Statutes for a period of seven (7) years commencing with the first date that tax payments are due under the Grand List following the date of issuance of the Certificate of Occupancy for the Facility (the "Abatement Term"); and

**NOW, THEREFORE,** in consideration of the foregoing the parties hereby covenant and agree that:

1. Suri Realty shall add approximately 156,322 square foot to the existing manufacturing facility at 50 Talbot Lane to provide for a production expansion intended to increase the company's pasta and meal solution manufacturing and packaging to meet current and future growth demands and associated storage needs ("Expansion"); and

2. The costs for the land including site preparation shall be $750,000 and the construction cost for the Expansion shall be approximately $23,448,300. Suri Realty will install and properly account to the Town for all taxable personal property assets added to or installed in the Facility.

3. Suri Realty shall install Furniture and Equipment (personal property) thus making an investment of $18,000,000.

4. Suri Realty has received a Certificate of Occupancy for the Facility on or about August, 2019, and shall actively operate or cause said Facility to operate as a manufacturer and seller of frozen food items at the Real Property for no less than seven (7) year Operating Term from the date of the Certificate of Occupancy for the Facility. Additionally, Suri Realty shall actively utilize the Expanded Facility as a manufacturing facility for no less than seven (7) years from the date of expiration of the reduction in real property assessment for the Expanded Facility; or continue to locate the business in South Windsor.

5. Suri Realty shall use it best efforts to employ or cause to be employed at least 60 to 100 new jobs at said Facility throughout the Operating Term.

6. Commencing with the Grand List for the period following the issuance of the Certificate of Occupancy for the Facility at any time after June 1, 2019, the town shall grant Suri Realty a 70% reduction in its real property assessment for the Real Property, including the above-described Expansion and the construction of the Facility (the "Abatement").

7. The Abatement Terms shall be for a period of seven (7) years commencing with the first date that tax payment are due under the Grand List following the date of issuance of a Certificate of Occupancy for the Facility; provided, however, that if such assessment is changed by any future Town revaluation, the tax payment due under the new assessed value of the Real

3

{C0111181-1}

Property shall be adjusted for the remainder of the Abatement Term in accordance with the terms of the Abatement set forth in Paragraph 6.

8. Suri Realty shall maintain all tax obligations owed by it to the Town current and in good standing during the Operating Term.

9. Suri Realty shall be required to provide via affidavit of an appropriate officer within one year after the commencement of operations at the Facility as to a) the actual value of the site expansion and that said expansion are substantially in conformance with the provisions hereof as to the scope of construction (a new, approximately 156,322 square foot addition to existing facility); b) the cost of construction (a minimum of $23,448,300); and c) the number and type (full or part time) of employees employed at such Facility.

10. Notwithstanding anything herein contained to the contrary, Suri Realty and the Town acknowledged and agree that, while Suri Realty shall make every good faith effort to maintain and employ at least 60 to 100 new employees during the Operating Term, economic circumstances, financial considerations, and employee transience may make it impossible to maintain precisely the level of employment described herein. Accordingly, Suri Realty and the Town acknowledge that variations in the numbers of employees will occur and may continue for unspecified periods of time during the Operating Term of this Agreement. Subject to the above requirement of good faith, such variations shall not otherwise constitute a default of this Agreement provided the Facility is operating in accordance with applicable law and Suri Realty is in compliance with the terms of this Agreement in all other respects.

11. In the event that Suri Realty does not perform any obligation set forth in this Agreement for a period of at least thirty (30) days (or such longer period if the failure to perform is not reasonably corrected within such 30 days) following the postmark date of written notice of

4

{C0111181-1}

such nonperformance from the Town to Suri Realty of if Suri Realty otherwise breaches the terms of this Agreement, then Suri Realty shall be deemed to be in default of this Agreement. In the event of such default, Suri Realty shall reimburse the Town for all tax relief provided to Suri Realty, its predecessor and/or its assigns and the Town shall be under no obligation to grant further tax relief hereunder.

12. In the event that the Town must resort to legal action to enforce the terms of this Agreement, any amount determined by a Court of competent jurisdiction to be due from Suri Realty shall be subject to interest at the rate of eighteen percent (18%) per annum. Such interest shall accrue from thirty (30) days, or such longer period if the default were not able to be cured within 30 days, following the postmark date for the notice of default described in Paragraph 15. In addition, the Town shall be entitled to recover from Suri Realty all costs of collection, including reasonable attorney's fees, incurred in enforcing this Agreement.

13. Suri Realty acknowledges and agrees that the Abatement offered pursuant to this Agreement is not binding upon the Town beyond the seven-year Abatement Term agreed to herein.

14. Suri Realty and the Town acknowledge and agree that the values placed upon the Real Property, the Facility, and/or the Expansion as a result of the Abatement shall not now or at any other time be construed as an admission by any party or as evidence of any kind as to the true fair market value of the Real Property, the Facility, and/or the Expansion.

15. All notices hereunder are to be sent by the Town to Suri Realty at the following address or to such other address as requested by Suri Realty or its successor or assigns: Suri Realty LLC, 50 Talbot Lane, South Windsor, CT 06074, Attention: Jack Herpok, Chief Financial Officer. All such notices shall be sent via certified mail, return receipt requested, or overnight

mail service. Notices are deemed effective upon delivery. Any refusal to accept such delivery shall still constitute the delivery upon proper notice.

16. Suri Realty may not assign or otherwise transfer its rights or obligations under this Agreement without prior written authorization of the Town.

17. Suri Realty and/or its successor or assigns releases the Town and its agents, servants and employees from any and all liability, of whatever nature, legal or equitable, which may have arisen or which may arise in connection with this Agreement, including the implementation hereof.

18. Suri Realty and/or its successor or assigns shall defend and indemnify the Town and any of its agents, servants and employees against any action, claim or suit of any nature whatsoever, arising from the Town's being a party to this Agreement and/or any undertaking of its obligations hereunder.

19. This Agreement has been executed by the parties' respective agent, duly authorized and acting in his or her official capacity.

20. This Agreement may be amended only by mutual consent of the parties, and any amendments to this Agreement shall be in writing and shall be duly executed and dated by the respective parties.

21. This Agreement represents the entire and complete understanding and agreement of the parties, and any and all prior written or oral agreement not otherwise contained in this Agreement shall be and are hereby null and void and of no force or effect.

22. In the event that litigation arises, all litigation shall take place in the State of Connecticut, Judicial District of Hartford, and the Agreement shall be construed in accordance with Connecticut law, without regard to its conflict of law provisions.

23. Upon the execution of this Agreement, a copy of this agreement or a proper "Notice of Tax Abatement Agreement" shall be filed upon the land records of the Town of South Windsor with respect to the Real Property.

| | |
|---|---|
| WITNESSED BY: | TOWN OF SOUTH WINDSOR |
| *Courtney Cannella* (signature)<br>Name: Courtney Cannella | By: _____<br>Name: MICHAEL MANISCALCO<br>Its:   TOWN MANAGER<br>1540 Sullivan Avenue<br>South Windsor, CT 06074 |

STATE OF CONNECTICUT        :
                            :   SS: South Windsor        October ~~September~~ 2, 2019
COUNTY OF HARTFORD          :

    Personally appeared MICHAEL MANISCALCO, TOWN MANAGER of THE TOWN OF SOUTH WINDSOR, a Connecticut municipality, signer and sealer of the foregoing instrument, and acknowledged the same to be his free act and deed as such Officer and the free act and deed of such municipality, before me.

[Notary Stamp: Courtney Cannella, Notary Public-Connecticut, My Commission Expires December 31, 2021]

*Courtney Cannella* (signature)
Name: Courtney Cannella
Commissioner of the Superior Court
Notary Public
My Commission Expires: 12/31/2021

{C0111181-1}

8

| WITNESSED BY: | SURI REALTY, LLC, D/B/A CARLA'S PASTA INC. |
|---|---|
| *Courtneycannella*<br>Name: Courtneycannella | By: *Carla Squatrito*<br>Name: ~~JACK HERPOK~~ Carla Squatrito<br>Its: CHIEF FINANCIAL OFFICER<br>50 Talbot Lane<br>South Windsor, CT 06074 |

STATE OF CONNECTICUT    :
                                              :    SS: South Windsor    October ~~September~~ 2, 2019
COUNTY OF HARTFORD    :

Carla Squatrito
Personally appeared ~~JACK HERPOK~~, CHIEF FINANCIAL OFFICER of Carla Pasta, Inc., a Connecticut company, signer and sealer of the foregoing instrument, and acknowledged the same to be her free act and deed as such Officer and the free act and deed of such company, before me.

[Stamp: Courtney Cannella, Notary Public-Connecticut, My Commission Expires December 31, 2021]

*Courtneycannella*
Name: Courtneycannella
Commissioner of the Superior Court
(Notary Public)
My Commission Expires: 12/31/2021

Received for Record 10-2-19
At 4:10 PM
Recorded in South Windsor, CT
By _____
Town Clerk

9

{C0111181-1}