# EXHIBIT C



# Town of South Windsor

1540 SULLIVAN AVENUE • SOUTH WINDSOR, CT 06074
TELEPHONE (860) 644-2511

July 19, 2019

Dennis Group

1537 Main Street

Springfield, MA 01103

Re: Carla's Pasta, 50 Talbot Road, South Windsor

Kevin,

This letter verifies the addition, under Permit #1800168, 50 Talbot Lane, substantially complies with Ct State Building Codes and Fire and Life Safety. This project meets the criteria for a Certificate of Occupancy. The Certificate of Occupancy will be generated and printed once the as built plans are submitted to the Engineering Department.

Christopher J. Dougan

Chief Building Official