# EXHIBIT D

## REAL ESTATE TAX BILL 2020
### TOWN OF SOUTH WINDSOR



Taxpayer Copy
Keep For Your Records
No Other Bill Will Be Sent

MAKE CHECKS PAYABLE TO:
**TOWN OF SOUTH WINDSOR**
**1540 SULLIVAN AVENUE**
**SOUTH WINDSOR, CT 06074**

Property Location: 50 TALBOT LANE
Map/Block/Lot: 60 29 3
Volume/Page: 1218 211
Unique ID: 88900050

Without estimated $12,083,630 in state aid from the State of Connecticut, the mill rate would be 42.17.

| BILL NUMBER | DIST | BANK | ON GRAND LIST | | TOTAL TAX DUE | PAYMENT DUE | PAYMENT DUE |
|---|---|---|---|---|---|---|---|
| 2019 01 0009617 | | | OCTOBER 1, 2019 | | | July 1, 2020 | January 1, 2021 |
| MILL RATE | | GROSS ASSESSMENT | | 20,883,500 | $502,133.50 | $251,066.75 | $251,066.75 |
| 37.8800 | | EXEMPTION | | 7,627,600 | | | |
| | | NET ASSESSMENT | | 13,255,900 | | DELINQUENT AFTER AUG 3, 2020 | DELINQUENT AFTER FEB 1, 2021 |

T14 P4461 **********SCH 5-DIGIT 06074
SURI REALTY LLC
50 TALBOT LN
SOUTH WINDSOR CT 06074-5401

13000 (JJ+)
7/6

1321901000961702510667500000000251066750000000000005021335034

** Be Safe - Pay by Mail **   Office Hours   8:00 a.m. - 4:30 p.m.   Monday - Friday / Phone: (860) 644-2511 ext. 321

---

### REAL ESTATE TAX BILL 2020



MAKE CHECKS PAYABLE TO:
**TOWN OF SOUTH WINDSOR**
**1540 SULLIVAN AVENUE**
**SOUTH WINDSOR, CT 06074**

Property Location: 50 TALBOT LANE
Map/Block/Lot: 60 29 3
Volume/Page: 1218 211
Unique ID: 88900050

**RETURN WITH 2nd PAYMENT**
**Due: January 1, 2021**

***Drive up drop box located at the front entrance of the Town Hall***
If a receipt is desired, send a self-addressed stamped envelope with payment. If the notation "Back Taxes Also Due" appears on your bill call 860-644-2511 ext. 321 or visit our website http://www.southwindsor-ct.gov for updated interest charges. Back Taxes and interest must be paid in full before payment on current bills is accepted

| BILL NUMBER | DIST | BANK | ON GRAND LIST | | PAYMENT DUE |
|---|---|---|---|---|---|
| 2019 01 0009617 | | | OCTOBER 1, 2019 | | January 1, 2021 |
| MILL RATE | | GROSS ASSESSMENT | | 20,883,500 | $251,066.75 |
| 37.8800 | | EXEMPTION | | 7,627,600 | |
| | | NET ASSESSMENT | | 13,255,900 | DELINQUENT AFTER FEB 1, 2021 |

SURI REALTY LLC
50 TALBOT LN
SOUTH WINDSOR CT 06074-5401

PAY ONLINE

SCAN HERE



**Reminder: No additional bill will be sent for the Jan. 1, 2021 installment.**

1321901000961702510667500000000251066750000000000005021335034

---

### REAL ESTATE TAX BILL 2020



MAKE CHECKS PAYABLE TO:
**TOWN OF SOUTH WINDSOR**
**1540 SULLIVAN AVENUE**
**SOUTH WINDSOR, CT 06074**

Property Location: 50 TALBOT LANE
Map/Block/Lot: 60 29 3
Volume/Page: 1218 211
Unique ID: 88900050

**RETURN WITH 1st PAYMENT**
**Due: July 1, 2020**

***Drive up drop box located at the front entrance of the Town Hall***
If a receipt is desired, send a self-addressed stamped envelope with payment. If the notation "Back Taxes Also Due" appears on your bill call 860-644-2511 ext. 321 or visit our website http://www.southwindsor-ct.gov for updated interest charges. Back Taxes and interest must be paid in full before payment on current bills is accepted

| BILL NUMBER | DIST | BANK | ON GRAND LIST | | PAYMENT DUE |
|---|---|---|---|---|---|
| 2019 01 0009617 | | | OCTOBER 1, 2019 | | July 1, 2020 |
| MILL RATE | | GROSS ASSESSMENT | | 20,883,500 | $251,066.75 |
| 37.8800 | | EXEMPTION | | 7,627,600 | |
| | | NET ASSESSMENT | | 13,255,900 | DELINQUENT AFTER AUG 3, 2020 |

SURI REALTY LLC
50 TALBOT LN
SOUTH WINDSOR CT 06074-5401

PAY ONLINE

SCAN HERE



1321901000961702510667500000000251066750000000000005021335034