## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CARLA'S PASTA AND | : | |
| SURI REALTY, INC, | : | Bankruptcy Case No. 21-20111 (JJT) |
| | : | |
| | : | |
| Debtor. | : | |
| _____ | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in this matter as counsel for Novo Advisors, LLC. and request that all notices given or required to be given in this case or related case, and papers served or required to be served in this matter, be given and served as follows:

> Timothy D. Miltenberger
> Coan, Lewendon, Gulliver & Miltenberger, LLC
> 495 Orange Street
> New Haven, Connecticut   06511
> (203)624-4756 Telephone
> (203)865-3673 Facsimile
> Tmiltenberger@coanlewendon.com

Please take further notice that this request includes not only the notices and papers referred to in the applicable Federal Rules of Bankruptcy Procedure, but includes, without limitation, all orders and notices of any application, motion, petition, pleading, disclosure statement, request, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic delivery, courier service, hand delivery, telephone, facsimile transmission or otherwise.

/s/ Timothy D.   Miltenberger
Timothy D. Miltenberger (ct08874)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT   06511
(203)624-4756
FAX: (203) 865-3673
Tmiltenberger@coanlewendon.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2021, a copy of the foregoing was filed electronically and served by e-mail to all appearing parties by operation of the court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Timothy D. Miltenberger
Timothy D. Miltenberger (ct08874)