**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

---------------------------------------------------------- X
:
In re:                                                     :          Chapter 11
                                                           :
CARLA'S PASTA, INC., ET AL.,                               :          Case No. 21-20111-JJT
                                                           :
        Debtors.                                :          (Jointly Administered)
                                                           :
_____                         :
                                     X
:
TOWN OF SOUTH WINDSOR,                                     :
                                                           :
        Movant,                                 :
                                                           :
v.                                                         :
                                                           :
                                                           :
SURI REALTY LLC,                                           :
                                                           :
        Respondent,                             :
                                                           :
_____                           X

**SCHEDULING ORDER ON MOTION OF TOWN OF SOUTH WINDSOR FOR RELIEF**
**FROM ORDER DETERMINING TAX LIABILITY**

      Upon consideration of the Motion of Town of South Windsor for Relief from Order

Granting Debtors' Motion for Determination of Tax Liability filed on July 22, 2021 (ECF No.

1002) (the "Motion for Relief"), the Court enters the following scheduling order for further

proceedings:

      ORDERED, ADJUDGED AND DECREED:

      1.     That adjudication of the Motion for Relief shall be bifurcated on (a) the issue of

whether the Town of South Windsor was furnished with notice of the Debtors' Motion to

Determine Tax Liability Under 11 U.S.C. §§ 105 and 505 (the "Tax Motion") and (b) the

remaining grounds set forth in the Motion for Relief; and

2.      That the following schedule shall apply for the Court's consideration of the issue of notice as set forth in paragraph (1)(a) herein:

(a)  Written discovery shall be served on or before -September 16, 2021, and responses to such discovery shall be produced on or before -September 30, 2021;

(b)  Responses to the Motion for Relief shall be filed on or before October 18, 2021;

(c)  Any reply shall be filed on or before November 1, 2021.

(d)  The Court shall hold a pretrial conference on November __, 2021 to set a date for a trial on the Motion for Relief, if necessary.

3.      A further order shall enter if necessary to adjudicate the remaining issues in the Motion for Relief as set forth in paragraph 1(b) herein following the Court's decision on the issue of notice pursuant to paragraph 1(a).