**EXHIBIT A**



# INVOICE

Invoice # 1018490
Date: 08/19/2021
Due Upon Receipt

One Audubon Street, Third Floor
New Haven, CT 06511
United States
(203) 285-8545
www.gs-lawfirm.com

Carla's Pasta

## Carla's Pasta-2021-00001

## Creditors Committee

| Date | Description | Time Keeper | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 07/01/2021 | Review Cowen Fee Application and objection by Trustee (.5): review motion to abandon De Minimus assets (.2); attend hearing on fee application and motion (1.0); email to attorney Sklarz re: results of same (.1) | KTB | 1.80 | $475.00 | $855.00 |
| 07/02/2021 | Review claims of Dennis Engineering group in CPI and Suri case (.4); review initial draft of objection (.2) | KTB | 0.60 | $475.00 | $285.00 |
| 07/06/2021 | Review Debtor's Objection to Claim of S. Picano (.2); attend hearing re: same. (.5) | KTB | 0.70 | $475.00 | $332.50 |
| 07/07/2021 | Review docket re: status of motion to convert (.1) | KTB | 0.10 | $475.00 | $47.50 |
| 07/09/2021 | Review docket and weekly summary/update email email to UCC (0.6); Review email from Atty Walker re OSHA fine | JS | 0.70 | $500.00 | $350.00 |
| 07/13/2021 | Review notices of hearing and request for status conference (.2); review emails re: Motion to Consolidate (.2) | KTB | 0.40 | $475.00 | $190.00 |
| 07/13/2021 | Review DG motion to consolidate (0.4); Review information from Debtor re: Chubb issue, Buyer issues (0.4); Preparation for hearing on pending motions (0.3) | JS | 1.10 | $500.00 | $550.00 |
| 07/14/2021 | Update committee re: pending matters, TC with Atty Feigenbaum (0.4); Review Atty Raynor email re: Chubb and respond (0.4); Review supplemental disclosure re: Phoenix (0.1); Review objection to Buyer's motion re: insurance refunds (0.3); TC with Atty Rosen re: DG motion to substantively consolidate (0.2); Review DG motion to consolidate (0.4) | JS | 1.80 | $500.00 | $900.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/14/2021 | Read motion for consolidation field by Dennis Group; Tel. Debtor and Lenders re: Motion to Consolidate; Tel. J. Sklarz call with Lenders and Debtor. | LG | 1.80 | $550.00 | $990.00 |
| 07/14/2021 | Read Dennis Group opposition to objection to claim; Attend hearings and status conf. re: DG motion to consolidate; Tel. S. Rosen re: status conference; Tel. J. Sklarz 2x; Tel. J. Sklarz and counsel for Debtors and Committee re: trial on motion to consolidate. | LG | 2.20 | $550.00 | $1,210.00 |
| 07/15/2021 | CC with Debtor, Lenders re: DG Sub Con motion (1.0); TC with Team re: strategy (0.2); Legal research re Sub Con motion (1.9) | JS | 3.10 | $500.00 | $1,550.00 |
| 07/15/2021 | Tel. J. Sklarz, A. Walker, Lenders re: dealing with motion to consolidate. | LG | 1.00 | $550.00 | $550.00 |
| 07/15/2021 | Tel. J. Sklarz re: prepping for trial re: consolidation. | LG | 0.20 | $550.00 | $110.00 |
| 07/16/2021 | Legal research and draft re: objection to sub con motion, and outline re: arguments, witness and exhibit list (4.5); CC with Lenders, Debtor (0.5); CC with Lenders (0.4); TC with Atty Palys (0.4); | JS | 5.80 | $500.00 | $2,900.00 |
| 07/16/2021 | Tel. J.Sklarz and R. Lauter re: motion for consolidation. | LG | 0.30 | $550.00 | $165.00 |
| 07/17/2021 | Emails with Lenders, Atty Lauter, Committee re: resolve pending matters re SubCon motion (0.6); CC with Atty LAuter (0.2); Memo to committee (0.3); Legal research re: Subcon motion outline (1.5) | JS | 2.60 | $500.00 | $1,300.00 |
| 07/17/2021 | Review R. Lauter and J. Sklarz emails re: settling motion for consolidation. | LG | 0.20 | $550.00 | $110.00 |
| 07/19/2021 | Review and respond to emails from Atty Luter re: resolve various items (0.2); TC and emails with Lenders re: same (0.4) | JS | 0.60 | $500.00 | $300.00 |
| 07/19/2021 | Review emails between J. Sklarz and R. Lauter re: Lenders' position re: settlement of consolidation motion ( 2); Tel. J. Sklarz and lenders' counsel re: resolution of consolidation motion (.6); Review email from S. Rosen re:Lenders' settlement position (.2); Review R. Lauter response to S. Rosen email (.1); Review emails between J. Sklarz and R. Lauter re: Lenders' email (3)(.2); Review DG motion to continue trial re: motion to consolidate (.2). | LG | 1.50 | $550.00 | $825.00 |
| 07/20/2021 | Review emails between J. Sklarz and R. Lauter (.2); Tel. S. Rosen (.2); Tel. R. Lauter (.3). | LG | 0.70 | $550.00 | $385.00 |
| 07/20/2021 | Review emails between R. Lauter and L. Watson re: withdrawal of motion to consolidate. | LG | 0.20 | $550.00 | $110.00 |
| 07/28/2021 | Review affidavits in support of confirmation: Attend first portion of confirmation hearing. | LG | 2.10 | $550.00 | $1,155.00 |
| 07/28/2021 | Attend last portion of confirmation hearing on July 28. | LG | 1.30 | $550.00 | $715.00 |

| Date | Description | | Time Keeper | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| 07/29/2021 | Attend Day 2 of confirmation hearing. | | LG | 1.10 | $550.00 | $605.00 |
| 08/11/2021 | Final UCC call | | JS | 0.50 | $500.00 | $250.00 |
| 08/12/2021 | Committee wrap up call | | JS | 0.50 | $500.00 | $250.00 |
| 08/13/2021 | Emails with Debtor, LC re: transition | | JS | 0.10 | $500.00 | $50.00 |
| 08/16/2021 | Call with Phoenix and Atty Walker re: transition (0.5); Call with Atty Walker re: litigation items (0.3); Attention to transition items (0.3) | | JS | 1.10 | $500.00 | $550.00 |
| | | | | **Quantity Subtotal** | | **34.1** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Kellianne Baranowsky | 3.6 | $475.00 | $1,710.00 |
| Lawrence Grossman | 12.6 | $550.00 | $6,930.00 |
| Jeffrey Sklarz | 17.9 | $500.00 | $8,950.00 |
| | | **Subtotal** | **$17,590.00** |

## Carla's Pasta-2021-00002

## Professional Applications

| Date | Description | Time Keeper | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 07/02/2021 | Review docket and weekly summary/update email email to UCC | JS | 0.60 | $500.00 | $300.00 |
| 07/09/2021 | Review interim fee app procedures and discuss with JMS. Emails to coordinate fee app with SL and attorneys re time entry. | ABE | 0.40 | $275.00 | $110.00 |
| 07/09/2021 | Prepare 4th fee statement and exhibits | ABE | 0.50 | $275.00 | $137.50 |
| 07/12/2021 | Review procedure order. Draft/update first interim fee application. | ABE | 1.40 | $275.00 | $385.00 |
| 07/13/2021 | Collate and file 4th monthly fee app | ABE | 0.20 | $275.00 | $55.00 |
| 07/13/2021 | Prepare fee app cover sheet, proposed order, exhibit A. Discuss and review JMS edits, additional edits to application. Circulate to committee. | ABE | 1.40 | $275.00 | $385.00 |
| 07/13/2021 | Finalize interim fee application | JS | 0.90 | $500.00 | $450.00 |
| 07/14/2021 | Finalize and file fee application/first interim | ABE | 0.30 | $275.00 | $82.50 |
| 07/28/2021 | Emails/review of service and send ER service list for | ABE | 0.20 | $275.00 | $55.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | interim fee app |  |  |  |  |
| 07/29/2021 | Review and edit certificate of service for First Interim Application for Compensation | ABE | 0.20 | $275.00 | $55.00 |
| 08/12/2021 | preparation for and Hearing on G&S fee application | JS | 0.70 | $500.00 | $350.00 |
|  |  |  | **Quantity Subtotal** |  | **6.8** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Jeffrey Sklarz | 2.2 | $500.00 | $1,100.00 |
| Amanda Evans | 4.6 | $275.00 | $1,265.00 |
|  |  | **Subtotal** | **$2,365.00** |

## Carla's Pasta-2021-00005

## Claims Analysis

| Date | Description | Time Keeper | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 07/02/2021 | A105 Communicate (in firm) B310 Claims Administration and Objections: Carla's pasta claim objection meeting | MH | 0.90 | $225.00 | $202.50 |
| 07/02/2021 | A103 Draft/revise B310 Claims Administration and Objections: Dennis claim objection | MH | 2.10 | $225.00 | $472.50 |
| 07/07/2021 | Draft objection to claim of Dennis Group as to CPI (2.5); review and revise same (.5); email to Committee re: same (.1); attention to proposed order and exhibits (.2) | KTB | 3.20 | $475.00 | $1,520.00 |
| 07/07/2021 | Review and revise objection to Dennis Group CPI claim | JS | 0.50 | $500.00 | $250.00 |
| 07/08/2021 | Review claim objection procedures. Prepare cover sheet, proposed order and edits to c/s. Prepare exhibits. Discuss with JMK and KB. Call to clerk re filing issue. File. | ABE | 1.40 | $275.00 | $385.00 |
| 07/08/2021 | Finalize objection to claim of Dennis Group and attention to filing of same | KTB | 1.10 | $475.00 | $522.50 |
|  |  |  | **Quantity Subtotal** |  | **9.2** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Kellianne Baranowsky | 4.3 | $475.00 | $2,042.50 |

| | | | |
|---|---|---|---|
| Jeffrey Sklarz | 0.5 | $500.00 | $250.00 |
| Amanda Evans | 1.4 | $275.00 | $385.00 |
| Max Hurwitz | 3.0 | $225.00 | $675.00 |
| | | Subtotal | $3,352.50 |

## Carla's Pasta-2021-00007

## Plan and Disclosure Statement

| Date | Description | Time Keeper | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 07/25/2021 | Draft declaration for UCC support of plan | JS | 0.70 | $500.00 | $350.00 |
| 07/26/2021 | Review revised confirmation MOL (0.5); Email to committee re: objection to motion to convert (0.1); Review and revise same (0.3); TC with Atty Feigenbaum re Specialize packaging (0.2); CC with Lenders, Debtor re: transition (1.0); Review confirmation filings (0.4) | JS | 2.50 | $500.00 | $1,250.00 |
| 07/27/2021 | Email to committee re: confirmation (0.4); Email to Honor Heath re: confirmation declaration (0.1); RTC to Atty Feigenbaum re: Orisini (0.1) | JS | 0.60 | $500.00 | $300.00 |
| 07/28/2021 | TC with Craig Jalbert (0.5); Preparation for and attend confirmation hearing (6.2) | JS | 6.70 | $500.00 | $3,350.00 |
| 07/29/2021 | Attend confirmation hearing day #2 | JS | 2.20 | $500.00 | $1,100.00 |
| 07/30/2021 | Attention to confirmation follow up items re: remaining claims, disputes | JS | 1.30 | $500.00 | $650.00 |
| | | | **Quantity Subtotal** | | **14.0** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Jeffrey Sklarz | 14.0 | $500.00 | $7,000.00 |
| | | Subtotal | $7,000.00 |

| | | |
|---|---|---|
| | **Quantity Total** | **64.1** |
| | Subtotal | $30,307.50 |
| | Total | $30,307.50 |