**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| OLD CP, INC., *et al.*[1] | : | Case No. 21-20111 (JJT) |
|  | : | Jointly Administered |
|  | : |  |
| Debtors. | : |  |
|  | : | August 27, 2021 |

**FEE APPLICATION COVER SHEET**

| | |
|---|---|
| Final Fee Application of: | Green & Sklarz LLC as Counsel to the Official Committee of Unsecured Creditors |
| Time Period: | From: February 19, 2021       To: August 2, 2021 |
| Bankruptcy Petition Filed: | February 8, 2021 |
| Date of Entry of Retention Order: | February 19, 2021[2] |

**Amount Requested**

Fees:        $247,540.00

Expenses:   $31.80

**Total**     **$247,571.80**[4]

**Reductions**

Voluntary Fee Reductions[3]: $1,352.50

Expenses: $0

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Old CP, Inc. (5847) and Suri Realty, LLC (5847). The Debtors' corporate headquarters and service address is 50 Talbot Lane, South Windsor, Connecticut 06074.

[2] *Application of Official Committee of Unsecured Creditors' for Authority to Employ Green & Sklarz, LLC as Counsel* (ECF No. 214) was filed March 4, 2021 and was granted March 18, 2021 (ECF No. 296) *nunc pro tunc* to February 19, 2021.

[3] Voluntary fee reduction is the amount reduced from the First Interim Fee Application.

[4] This includes $217,232.50 of previously approved interim attorneys' fees and (b) $31.80 of previously approved interim expenses (see ECF No. 1076).

{00232669.1 }

**Retainer Request[5]:**

Retainer Received:     $0
Prior award applied:   $0

Balance before this request:   $0

**Expense Detail:**

Retainer Received: $0
Prior award applied: $0

Balance before this request: $0

Copies per page cost and total: $0

**Hours and Rates per professional[6]:**

| Professional | Hours | Rate |
|---|---|---|
| Jeffrey Sklarz | Hours: 34.6 | Rate: $500 |
| Lawrence Grossman | Hours: 12.6 | Rate: $550 |
| Amanda Evans | Hours: 6 | Rate: $275 |
| Kellianne Baranowsky | Hours: 7.9 | Rate: $475 |
| Max Hurwitz | Hours: 3 | Rate: $225 |

**Time Spent by Matter:**

| Matter | Fees | Expenses |
|---|---|---|
| Creditors Committee | $17,590.00 | $0.00 |
| Professional Applications | $2,365.00 | $0.00 |
| Cash Collateral | $0.00 | $0.00 |
| Sale Process | $0.00 | $0.00 |
| Claim Analysis | $3,352.50 | $0.00 |
| Chapter 5 Analysis | $0.00 | $0.00 |
| Plan and Disclosure Statement | $7,000.00 | $0.00 |
| Lift Stay Proceedings | $0.00 | $0.00 |
| | | |
| **Total** | **$30,307.50** | **$0.00** |

---

[5] Green & Sklarz LLC has received 55% of the Amount of Compensation Sought and 100% of its Expenses pursuant to the Monthly Fee Statements that have been submitted in accordance with the Court's *Order Granting Debtors' Motion for Order Establishing Procedures for the Interim Compensation and Reimbursement of Expenses of Professionals* (ECF 329). To date, Green & Sklarz LLC has not received payment pursuant to the *First Interim Application for Allowance of Compensation and Reimbursement of Expenses by Green & Sklarz LLC* (ECF No. 1076). Green & Sklarz LLC's interim application for compensation was granted (ECF No. 1076) but the payment has not been remitted as of the date of this application. Green & Sklarz LLC is requesting additional compensation of $30,307.50, in addition to final approval of fees paid and/or due and owing.

[6] Hours and Rates per Professional and Time Spent by Matter includes information for July 1, 2021 to August 2, 2021 only. Previous periods were approved via an interim compensation order (*see* ECF No. 1076).

{00232669.1 }