**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

|  |  |
|---|---|
| In re: : <br> : <br> OLD CP, INC., *et al.*[1] : <br> : <br> : <br> Debtors. : <br> : | Chapter 11 <br><br> Case No. 21-20111 (JJT) <br> Jointly Administered |

**ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF
EXPENSES BY GREEN & SKLARZ, LLC AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Green & Sklarz, LLC ("G&S" or "Applicant") having filed its *Final Application for Allowance of Compensation and Reimbursement of Expenses by Green & Sklarz, LLC as Counsel to the Official Committee of Unsecured Creditors* (the "Application"), seeking a final award of compensation in the amount of $247,540.00 in attorneys' fees and $31.80 in expenses for a total amount of $247,571.80 for the time period from February 19, 2021 to August 2, 2021 (the "Final Application Period")[2] for services incurred as counsel to the Official Committee of Unsecured Creditors of Carla's Pasta, Inc. (the "Committee") pursuant to 11 U.S.C. § 330; and upon due consideration; and there appearing to be good and sufficient cause for granting the relief requested in the Application,

IT IS ORDERED THAT:

1. The Application is GRANTED in all respects;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Old CP, Inc. (5847) and Suri Realty, LLC (5847). The Debtors' corporate headquarters and service address is 50 Talbot Lane, South Windsor, Connecticut 06074.

[2] The Final Application Period consists of (a) $217,232.50 of previously approved interim attorneys' fees and (b) $31.80 of previously approved interim expenses (see ECF No. 1076), and (c) $30,307.50 in attorney's fees for the time period from July 1, 2021 to August 2, 2021 (the "July to Aug. Application Period").

{00232651.1 }

2. Applicant is hereby awarded final compensation in the amount of $247,571.80 pursuant to 11 U.S.C. § 330 ("Final Fees");

3. All amounts previously paid to Applicant pursuant to this Court's Order Granting Applicant's First Interim Application for Allowance of Compensation and Reimbursement of Expenses are hereby approved on a final basis pursuant to 11 U.S.C. § 330;

4. Pursuant to 11 U.S.C. § 330, the Debtor is authorized and directed to pay Applicant the total sum of $247,571.80, less amounts already authorized and paid pursuant to this Court's Order Granting Applicant's First Interim Application for Allowance of Compensation and Reimbursement of Expenses (ECF No. 1076).