## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| OLD CP, INC., *et al.* | : | Case No. 21-20111 (JJT) |
| | : | Jointly Administered |
| | : | |
| Reorganized Debtors | : | |
| | : | |
| TOWN OF SOUTH WINDSOR | : | Contested Matter |
| | : | ECF No. 1002 |
| Movant | : | |
| | : | |
| SURI REALTY, LLC | : | |
| | : | |
| Respondent | : | November 8, 2021 |

## NOTICE OF FILING OF DECLARATION OF
## ADRIENNE K. WALKER, ESQ. IN OPPOSITION TO THE MOTION OF TOWN OF SOUTH WINDSOR FOR RELIEF FROM ORDER GRANTING DEBTORS' MOTION
## <u>FOR DETERMINATION OF TAX LIABILITY</u>

The reorganized debtors, Old CP, Inc. ("CPI") and Suri Realty, LLC ("Suri," who collectively with CPI are referred to as the "Debtors"), in advance of the status conference scheduled for November 9, 2021, hereby give notice of the filing of the declaration of Adrienne Walker, Esq. concerning notice that was afforded to the movant, the Town of South Windsor ("South Windsor"), with respect to the *Order Granting Debtors' Motion to Determine Tax Liability Under 11 U.S.C. § 105 and 505* entered on May 26, 2021 (ECF No. 646) (the "Tax Order"), and underlying motion (ECF No. 483, the "Tax Motion").

{00242496.1 }    1

                                                         THE DEBTORS

By:   /s/ Jeffrey M. Sklarz
       Jeffrey M. Sklarz (ct20938)
       Green & Sklarz, LLC
       1 Audubon St, Third Fl
       New Haven, CT 06511
       (203) 285-8545
       Fax: (203) 823-4546
       jsklarz@gs-lawfirm.com

## **CERTIFICATE OF SERVICE**

A copy of the forgoing have been served on the following counsel and parties-in-interest entitled to service in this matter:

Date:  November 8, 2021                   /s/ Jeffrey M. Sklarz