# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

---------------------------------------------------------------- X
In re:                                                           :   Chapter 11
                                                                 :
CARLA'S PASTA, INC., ET AL.,                                     :   Case No. 21-20111-JJT
                                                                 :
        Debtors.                                               :   (Jointly Administered)
                                                                 :
---------------------------------------------------------------- X
                                                                 :
TOWN OF SOUTH WINDSOR,                                           :
                                                                 :
        Movant,                                                :
                                                                 :
v.                                                               :
                                                                 :
                                                                 :
SURI REALTY LLC,                                                 :
                                                                 :
        Respondent,                                            :
                                                                 :
---------------------------------------------------------------- X

## PRETRIAL SCHEDULING ORDER ON
## MOTION OF TOWN OF SOUTH WINDSOR FOR RELIEF
## FROM ORDER DETERMINING TAX LIABILITY

The Court enters the following scheduling order for further proceedings on the issue of notice[1] of the Motion of Town of South Windsor for Relief from Order Granting Debtors' Motion for Determination of Tax Liability filed on July 22, 2021 (ECF No. 1002) (the "Motion for Relief"):

ORDERED, ADJUDGED AND DECREED:

---

[1] Pursuant to a Scheduling Order entered by the Court on August 12, 2021 (ECF No. 1070), proceedings on the Motion for Relief were bifurcated to adjudicate separately the issue of whether the Town of South Windsor was furnished with notice of the Debtors' Motion to Determine Tax Liability Under 11 U.S.C. §§ 105 and 505 and the remaining grounds set forth in the Motion for Relief.

11824039v1

1. Responses to the Motion for Relief with any supporting evidentiary submissions solely on the issue of notice shall be filed on or before November 23, 2021.

2. Any reply by the Town accompanied by additional evidentiary submissions if any solely on the issue of notice shall be filed on or before December 7, 2021.

3. Joint stipulations of fact or written proffers by each party with a right to cross-examination shall be filed on or before December 21, 2021.

4. If the parties do not request an opportunity for cross-examination, the issue of notice may be adjudicated by the Court upon the parties' written submissions. If cross-examination is requested, then an evidentiary hearing on the notice issue shall he held on January __, 2022.

5. For the avoidance of doubt, this Order shall apply solely to the issue of notice on the Motion for Relief, and nothing in this Order shall prejudice the Town from proceeding with the remaining grounds in the Motion for Relief following a resolution of the notice issue.