## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

-------------------------------------------------------- X

In re:                                                   :        Chapter 11
                                                         :
CARLA'S PASTA, INC., ET AL.,                             :        Case No. 21-20111-JJT
                                                         :
                          Debtors.                       :        (Jointly Administered)
                                                         :
_____         X
                                                         :
SURI REALTY LLC,                                         :
                                                         :
                          Movant,                        :
                                                         :
v.                                                       :
                                                         :        DECEMBER 7, 2021
                                                         :
TOWN OF SOUTH WINDSOR,                                   :
CONNECTICUT,                                             :
                                                         :
                          Respondent,                    :
_____         X

## DECLARATION OF ASHLEY BOOTH

I, ASHLEY BOOTH, declare as follows:

1.      I am over the age of eighteen (18) years and believe in the obligations of an oath.

2.      I make this Declaration based on my personal knowledge of the matters set forth herein and upon my review of the books and records maintained by the Town of South Windsor in the ordinary course of business.

3.      I am employed as the Executive Assistant in the Office of the Town Manager for the Town of South Windsor. In that role, I am familiar with the processes for the receipt and handling of mail by the Town Manager's office.

11864679v1

4.      Staff in the Town Manager's office are responsible for receiving and sorting all mail addressed to the Town.

5.      Each day, the Town Manager's staff reviews incoming mail, sorts mail according to the department to which each piece of mail is addressed (if readily identifiable), and delivers it to the appropriate inbox for each department.

6.      Because the Town Manager's office handles a substantial volume of mail on behalf of all Town departments, individual pieces of mail addressed to more than one Town department requires further review and inquiry by staff members, thus increasing the likelihood of confusion and the potential that the mail will either not be delivered to either department, or be delivered to the incorrect department.

7.      If a piece of incoming mail is addressed to more than one Town department, the Town Manager's staff members must open the mail in an effort to ascertain which department the mail should be delivered.  If staff members are unable to determine the correct department based upon a cursory review of the mail, then they may open the mail and ask for guidance from the Town Manager or Assistant Town Manager on where it should be delivered.  Once delivered, it would then be up to the individual department that receives the mail to determine whether it was correctly addressed to that department, or whether to re-direct the mail to another department if such other department may be ascertained by reviewing the mail.

I declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: December 7, 2021                    _Ashley Booth_
        South Windsor, Connecticut         Ashley Booth

2

11864679v1