**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CARLA'S PASTA, INC., ET AL., | Case No. 21-20111-JJT |
| Debtors. | (Jointly Administered) |
| TOWN OF SOUTH WINDSOR, | December 21, 2021 |
| Movant, | |
| v. | |
| SURI REALTY LLC, | |
| Respondent, | |

**JOINT REQUEST TO AMEND PRETRIAL SCHEDULING ORDER ON
MOTION OF TOWN OF SOUTH WINDSOR FOR RELIEF
FROM ORDER DETERMINING TAX LIABILITY**

The Town of South Windsor (the "Movant") and the reorganized debtors, Old CP, Inc. and Suri Realty LLC (the "Respondents"), hereby jointly request that the Court enter the amended scheduling order submitted herewith for further proceedings on the issue of notice[1] of the Motion of Town of South Windsor for Relief from Order Granting Debtors' Motion for Determination of Tax Liability filed on July 22, 2021 (ECF No. 1002) (the "Motion for Relief"). As grounds therefor, the parties state that the Respondents wish to submit a further declaration to

---

[1] Pursuant to a Scheduling Order entered by the Court on August 12, 2021 (ECF No. 1070), proceedings on the Motion for Relief were bifurcated to adjudicate separately the issue of whether the Town of South Windsor was furnished with notice of the Debtors' Motion to Determine Tax Liability Under 11 U.S.C. §§ 105 and 505 and the remaining grounds set forth in the Motion for Relief.

11895213v1

respond to issues raised by the Movant's Reply filed on December 7, 2021 (ECF No. 1238). The Movant does not object to a further submission by the Respondents, but wishes to reserve the right to submit a further response and/or evidentiary submissions to rebut any additional submission of the Respondents. Accordingly, the parties agree to modify the Pretrial Scheduling Order entered on November 16, 2021 (ECF NO. 12165-2) as follows:

1. Evidentiary submissions to rebut the Movant's Reply shall be filed by January 4, 2022;

2. Any additional evidentiary submissions or response by the Town shall be submitted by January 11, 2022.

3. Requests for cross-examination if any by the parties shall be filed by January 18, 2020. If no party requests an opportunity for cross-examination, the issue of notice may be adjudicated by the Court upon the parties' written submissions.

4. If cross-examination is requested, then an evidentiary hearing on the notice issue shall he held on _____ \_\_, 2022.

Respectfully submitted,

| TOWN OF SOUTH WINDSOR | THE REORGANIZED DEBTORS |
|---|---|
| By: */s/ Taruna Garg*<br>Taruna Garg<br>Murtha Cullina LLP<br>107 Elm Street, Four Stamford Plaza<br>Stamford, Connecticut 06902<br>Telephone: 203.653.5400<br>Facsimile: 203.653.5444<br>tgarg@murthalaw.com | By: */s/ Jeffrey M. Sklarz*<br>Jeffrey M. Sklarz (ct20938)<br>Green & Sklarz, LLC<br>One Audubon St, Third Floor<br>New Haven, CT 06511<br>(203) 285-8545<br>Fax: (203) 823-4546<br>jsklarz@gs-lawfirm.com |