**Monica I. Garcia**

| | |
|---|---|
| **From:** | Huda, Mary <Mary.Huda@southwindsor-ct.gov> |
| **Sent:** | Thursday, July 8, 2021 9:35 AM |
| **To:** | Taruna Garg |
| **Cc:** | Hilinski, Jennifer |
| **Subject:** | [EXTERNAL] FW: Carla's Pasta Tax Abatement |

**From:** Kari L. Olson <KOLSON@murthalaw.com>
**Sent:** Tuesday, December 1, 2020 3:46 PM
**To:** Huda, Mary <Mary.Huda@southwindsor-ct.gov>
**Subject:** RE: Carla's Pasta Tax Abatement

**From:** Huda, Mary <Mary.Huda@southwindsor-ct.gov>
**Sent:** Tuesday, December 1, 2020 3:42 PM
**To:** Kari L. Olson <KOLSON@murthalaw.com>
**Subject:** RE: Carla's Pasta Tax Abatement

**From:** Kari L. Olson <KOLSON@murthalaw.com>
**Sent:** Tuesday, December 1, 2020 3:39 PM
**To:** Huda, Mary <Mary.Huda@southwindsor-ct.gov>; Maniscalco, Michael <Michael.Maniscalco@southwindsor-ct.gov>
**Subject:** FW: Carla's Pasta Tax Abatement

**KARI L. OLSON | PARTNER**
Direct: 860-240-6085 | Fax: 860-240-5885| Mobile: 860-808-8267 | kolson@murthalaw.com

**MURTHA**CULLINA
Murtha Cullina LLP | Attorneys at Law |  www.murthalaw.com
280 Trumbull Street | Hartford | CT | 06103-3509

1



CONFIDENTIALITY NOTICE:  This message originates from the law firm of Murtha Cullina LLP.  The information contained in this e-mail and any files transmitted with it may be a confidential attorney-client communication or may otherwise be privileged and confidential.  If the reader of this message, regardless of the address or routing, is not an intended recipient, you are hereby notified that you have received this transmittal in error and any review, use, distribution, dissemination or copying is strictly prohibited.  If you have received this message in error, please delete this e-mail and all files transmitted with it from your system and immediately notify Murtha Cullina by sending a reply e-mail to the sender of this message.  Thank you.

**From:** Kari L. Olson
**Sent:** Tuesday, November 17, 2020 10:13 AM
**To:** 'randy@rtllawpc.com' <randy@rtllawpc.com>
**Subject:** Carla's Pasta Tax Abatement

Dear Attorney Lovallo:  I am town attorney to South Windsor.  I have been asked to reach out to you regarding the tax fixing agreement for the expansion of Carla's Pasta facility.  There seems to be some confusion.  To clarify,  the tax fixing agreement related to the expansion of Carla's facility was directly related to the increase in investment for that expansion and not for the entire property thereafter.  Indeed, a tax abatement was already granted to Carla's for the initial project many years ago.   Consequently, the tax abatement in 2019 is for 70% in the increased value of the property relative to the expansion only.  If you have any questions, please do not hesitate to  contact me.  860-808-8267.
Best-
Kari