**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| OLD CP, INC., *et al.* | : | Case No. 21-20111 (JJT) |
| | : | Jointly Administered |
| | : | |
| Reorganized Debtors | : | |
| | : | |
| TOWN OF SOUTH WINDSOR | : | Contested Matter |
| | : | ECF No. 1002 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| SURI REALTY, LLC | : | |
| | : | |
| Respondent | : | February 11, 2022 |

**DEBTOR'S REQUEST FOR CROSS EXAMINATION**
**OF TOWN OF SOUTH WINDSOR WITNESSES**

Pursuant to the Court's Scheduling Order (ECF No. 1283), the reorganized debtors, Old CP, Inc. ("CPI") and Suri Realty, LLC ("Suri," who collectively with CPI are referred to as the "Debtors"), may call the following witnesses and may offer the following exhibits at the time of the hearing in this matter scheduled to commence at 11:00 A.M. (eastern time) on February 15, 2022. The Debtors reserves the right to offer such other evidence, by way of witness or exhibit, as may be required at the time of the hearing.

{00255384.1}                                                    1

**A.    WITNESS LIST**

1.    <u>Mary Huda</u>: Ms. Huda submitted a declaration in this matter (ECF No. 1002-1). Debtors will cross examine Ms. Huda concerning the matters set forth therein, and particularly concerning the processing and receipt of mail at the Office of the Tax Assessor.

2.    <u>Jennifer Hilinksi-Shirley</u>: Ms. Hilinksi-Shirley submitted a declaration in this matter (ECF No. 1002-12). Debtors will cross examine Hilinksi-Shirley concerning the matters set forth therein, and particularly concerning the processing and receipt of mail at the Office of the Tax Collector.

3.    <u>Ashley Booth</u>: Ms. Booth submitted a declaration in this matter (ECF No. 1238-1). Debtors will cross examine Booth concerning the matters set forth therein, and particularly concerning the processing and receipt of mail at the Office of the Town Manager.

4.    <u>Adrienne Walker, Esq</u>. may be called to testify to rebut the testimony of agents of the Town of South Windsor (the "Town")

**B.    EXHIBIT LIST**

A.    Declaration of Adrienne Walker (ECF No. 1206-1).

B.    Supplemental Declaration of Adrienne Walker, Esq. (ECF No. 1285).

C.    Movant's Responses to Debtor's Interrogatories and Requests for Production of Documents (ECF No. 1221-1).

D.    Town of South Windsor Directory.

E.    Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to Successful Bidder at Auction (ECF No. 277).

    F.    Certificate of Service re: Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to Successful Bidder at Auction (ECF No. 300)

    G.    Amended Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to Successful Bidder at Auction (ECF No. 353).

    H.    Declaration of Mary Huda (ECF No. 1002-1).

    I.    Declaration of Jennifer Hilinski-Shirley (ECF No. 1002-12).

    J.    Declaration of Ashley Booth (ECF No. 1238-1).

THE DEBTORS

By:    /s/ Jeffrey M. Sklarz
        Jeffrey M. Sklarz (ct20938)
        Green & Sklarz, LLC
        1 Audubon St, Third Fl
        New Haven, CT 06511
        (203) 285-8545
        Fax: (203) 823-4546
        jsklarz@gs-lawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: February 11, 2022        /s/ Jeffrey M. Sklarz