# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CARLA'S PASTA, INC., ET AL., | Case No. 21-20111-JJT |
| Debtors. | (Jointly Administered) |
| CP FOODS LLC AND NFP REAL ESTATE LLC, | Related Docket No. 1444 |
| Movant, | |
| v. | |
| OLD CP, INC.; SURI REALTY LLC AND TOWN OF SOUTH WINDSOR, | |
| Respondents, | |

**SCHEDULING ORDER ON MOTION OF CP FOODS AND NFP REAL ESTATE LLC TO ENFORCE THE BANKRUPTCY COURT'S SALE ORDER AND RESERVATION OF RIGHTS**

Upon consideration of the Motion of CP Foods LLC and NFP Real Estate LLC to Enforce the Bankruptcy Court's Sale Order and Reservation of Rights filed on March 29, 2022 (ECF No. 1444) (the "Motion to Enforce"), the Court enters the following scheduling order for further proceedings:

ORDERED, ADJUDGED AND DECREED:

1. Written discovery shall be served on or before May 13, 2022, and responses to such discovery shall be produced on or before June 13, 2022;

2. Depositions if any shall be conducted on or before June 30, 2022;

12170092v1

3. Responses to the Motion to Enforce shall be filed on or before July 29, 2022;

4. Any reply shall be filed on or before August 12, 2022.

5. The Court shall hold a pretrial conference on _____ to set a date for oral argument and/or trial, if necessary, on the Motion for Enforce.