UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| OLD CP, INC., et al., | : | CASE NO.: 21-20111 (JJT) |
| | : | Jointly Administered |
| Debtor. | : | |
| | : | |
| TOWN OF SOUTH WINDSOR, | : | |
| | : | |
| Movant, | : | RE: ECF No. 1483 |
| v. | : | |
| | : | |
| SURI REALTY, LLC, | : | |
| | : | |
| Respondent. | : | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

The Consented To Motion For Extension Of Time filed by the Purchasers, CP Foods, LLC and NFP Real Estate, LLC in the above captioned matter is hereby approved. Purchasers' objection to Reorganized Debtors' Motion (1) For Authority To Enter Into Settlement Agreement And (2) To Vacate Order Granting Motion For Determination Of Tax Liability Under 11 U.S.C. §§105 And 505 (ECF No. 646) shall be filed by May 19, 2022.

Dated at Hartford, Connecticut this 6th day of May, 2022.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut