**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| OLD CP, INC., and SURI REALTY, LLC | Case No. 21-20111 (JJT)<br>(Lead) Jointly Administered |
| Reorganized Debtors | RE: ECF No. 1676 |
| OLD CP, INC. | |
| Plaintiff | Adv. Pro. No. 23-02020 |
| v. | |
| NOVO ADVISORS, LLC | RE: ECF No. 157 |
| Defendant | |

**ORDER GRANTING MOTION PURSUANT TO FED. R. BANKR. P. 9019 TO APPROVE SETTLEMENT BETWEEN OLD CP, INC. AND NOVO ADVISORS, LLC**

Upon the *Motion Pursuant to Fed. R. Bankr. P. 9019 to Approve Settlement Between Old CP, Inc. and Novo Advisors, LLC* filed by the reorganized debtor and plaintiff in the above - captioned adversary proceeding Old CP, Inc. f/k/a Carla's Pasta Inc. ("CPI," "Debtor," or "Plaintiff") (the "Motion"), due and adequate notice having been made, and upon further consideration by the Court, it is hereby:

**ORDERED** that the Motion is hereby granted; and it is further

**ORDERED** that, Craig Jalbert, in his capacity of Liquidating Custodian of CPI, is authorized and directed to execute the Settlement Agreement[1] attached to the Motion at Exhibit A is further authorized and empowered to execute and file all documents necessary to effectuate the terms thereof including, execution of the Letters of Direction authorizing Escrow Agent to pay the Settlement to CPI and return excess funds to Novo, withdrawal of pending but undecided motions related to the Judgment, a satisfaction of judgment and stipulation of dismissal of the Appeal; and it is further

**ORDERED** that, pursuant to Fed. R. Bankr. 9019 and §105(a) of the Bankruptcy Code, the Settlement Agreement is authorized and approved in its entirety and all of its terms and conditions are incorporated herein by reference; and it is further

**ORDERED** that the United States Bankruptcy Court for the District of Connecticut shall retain jurisdiction to enforce the Settlement Agreement and this Order, notwithstanding the closure or dismissal of the Debtor's bankruptcy case.

Dated at Hartford, Connecticut this 31th day of August, 2026.

James J. Tancredi
United States Bankruptcy Judge
District of Connecticut

[1] Capitalized terms not otherwise defined shall have the same meaning ascribed to such terms in the Motion.